# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MARRA <br> PLAINTIFF <br> V. <br> THERESA C. LANTZ, COMM. <br> CT. DEPT. OF CORRECTIONS <br><br> FREDERICK LEVESQUE, DIR. <br> OF CLASSIFICATION, CT. DOC. <br><br> JAMES "RAMBO" DZURENDA <br> WARDEN C.C.I. <br><br> JOSEPH CARLONE, CAPT. <br> C.C.I. SECURITY UNIT. <br><br> CAPT. ESPISITO, <br> UNIT MANAGER, C.C.I. <br><br> MARK LIZZOTE, C.O. <br> C.C.I. SECURITY UNIT. <br><br> REGGIE CUMMINGS, C.O. <br> C.C.I. <br><br> MS. TOMA, COUNSELOR <br> C.C.I. | CIVIL CASE NO: 3:04CV2083(RNC) <br><br> **FILED** <br> 2004 DEC -9 P 3:59 <br> U.S. DISTRICT COURT <br> BRIDGEPORT CONN <br><br> DECEMBER -5- 2004 <br><br> COMPLAINT <br><br> JURY TRIAL <br> DEMANDED <br><br> PRE-JUDGEMENT LIEN |

-1-

DR. BUCHANAN, UCONN-
CORRECTIONAL HEALTH CARE.

DR. EDWARD BLANCHETTE
ASSISTANT DIR. OF MEDICAL
CT. DEPT OF CORRECTIONS.

DR. RICARDO RUIZ
DOCTOR C.C.I.

JOHN BOTTI, UCONN-
CORRECTIONAL HEALTH CARE, ET, AL.


ALL NAMED DEFENDANTS SUED
IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES.

DEFENDANTS

-1A-

## PRELIMINARY STATEMENT

This is a joint civil rico case and civil rights action filed by Thomas Marra, a state prisoner for damages and injunctive relief under 42 U.S.C. 1983, alleging violation of his first, fourth, sixth, eighth, and fourteenth amendment rights of the United States Constitution.

The Plaintiff also alleges that the defendants are in violation of the Federal Civil Rico Statute(s) 18 U.S.C. 1961-1968, and that they conspired, acting in a pattern of racketeering misconduct and activity against the plaintiff.

## JURISDICTION

THE COURT HAS JURISDICTION OVER

1) The Plaintiffs' claims of violation of Federal Constitutional Rights under 42 U.S.C. 1331 (a) and 1343.

2) The court has jurisdiction over plaintiffs' civil rico claim under 18 U.S.C. 1961-1968.

3) The court has supplemental jurisdiction over plaintiffs' state law claim under 28 U.S.C. 1367.

4) All defendants except Buchanan, Ruiz, and John Botti, are employed by the Connecticut Dept. of Corrections. Buchanan, Ruiz, and Botti, are employed by the state of Connecticut UCONN. Medical Center. All defendants in said action have acted "UNDER THE COLOR OF STATE LAW AT ALL TIMES TO THIS COMPLAINT."

5) CLAIM I.

Defendants Lantz, Levesque, Dzurenda, Carlone, Espisito, and Lizzote, have used a pattern of racketeering misconduct to violate Plaintiffs' first, fourth, and fourteenth amendment rights to the United States' Constitution.

On August-31-2004 the plaintiff received a letter through the mail. The letter was held by defendants Carlone, and Lizzote until October-4th-2004 when it was delivered to the plaintiff by defendant Espisito. From August-31-2004 until October-4th-2004, the plaintiff had made a number of requests to get this letter.

-3-

Defendant Lizzote told plaintiffs' counselor, "THAT HE'LL GIVE ME THE LETTER WHEN HE GETS GOOD AND READY TO."

Plaintiffs' attorney filed a complaint with the attorney general's office. Once the complaint was filed, Plaintiffs' cell was ordered searched by defendant Espisito every other day since defendant Carlone became aware of Plaintiffs'-attorney's complaint.

Plaintiffs' both incoming and outgoing mail is reviewed and held up weeks at a time. Plaintiff made a number of attempts to address this issue with defendants Lantz, Levesque, and Dzurenda without luck. The withholding of incoming and outgoing mail is a violation of plaintiffs' First amendment right(s). Excessive cell search is a violation of plaintiffs' Fourth Amendment right(s), and Fourteenth amendment – (due process).

-4-

On October-22-2004, defendant Carlone violated plaintiffs' due process rights under the fourteenth amendment to the United States Constitution. Special agents of the F.B.I. interviewed inmate Leo Charles. During this interview, defendant Carlone was present and discussed with these agents in front of inmate Charles, of plaintiffs' Dept. of corrections' history and possible involvement with law enforcement, putting plaintiffs' safety in danger. THIS VIOLATED PLAINTIFFS' DUE PROCESS AND EQUAL PROTECTION RIGHTS UNDER THE FOURTEENTH AMENDMENT.

6) CLAIM II.

Defendants Lantz, Levesque, and Dzurenda, have violated plaintiffs' Fourteenth amendment rights to the United States Constitution. Defendants have shown a pattern of retaliation against the plaintiff. Plaintiff was involved in illegal, criminal activity with C.O. workers of Lantz, and Levesque, in the past.

-5-

Plaintiff has legal action pending in the U.S. District court against Dzurenda's father-in-law, a former inspector with the state attorneys office, and Dzurenda's brother, a Trumbull Police Officer. The allegation raised in this lawsuit against Dzurenda's family members may lead to an FBI investigation. Defendant Dzurenda is aware of this. The retaliation, is that each time plaintiff classification Committee recommends plaintiffs' removal from high security status, he denies their request, then falsifies the reason why. Defendants Lantz, and Levesque refuse to give a look at plaintiffs' appeal on this. They are co-conspirators with defendant Dzurenda.

7) CLAIM III.

Defendant Espisito has violated Plaintiffs' sixth amendment right to the United States Constitution, denying Plaintiff access to the courts. Plaintiff had a court deadline to file papers/motions to the United States District court. Defendant denied Plaintiffs' request to use the typewriter and have another inmate type for him, which has been done for the past four years in this unit with other inmates assisting inmates with legal work.

C.O. cummings intimidated defendants Espisito and counselor Toma into not allowing the plaintiff to have another inmate type his legal work. Defendant Espisito is afraid of C.O. cummings due to cummings' position with the C.O.'s Union. Due to defendant Espisito being intimidated by C.O. Cummings and not allowing plaintiff access to the typewriter, this caused plaintiff to miss his court deadline and violated plaintiffs' Sixth amendment right to the United States' Constitution (ACCESS TO THE COURT).

8) CLAIM IV.

Defendants Cummings and Toma are violating Plaintiffs' Sixth amendment right to the United States' Constitution – Denying Plaintiff access to the court. Defendant Cummings abuse of powers with the union, intimidated Defendants Espisito and Toma into not allowing another inmate to assist plaintiff with his legal typing to meet a court deadline to file motion thus denied plaintiff access to the courts under the Sixth amendment to the United States Constitution.

Cummings remarked to Plaintiff; "If you sue me sue my ex-wife because she got everything in the divorce and I have nothing."

Cummings has allowed other inmates in the past to type legal work for other inmates.

Defendant Toma by being intimidated by defendant Cummings, has refused plaintiff use of the typewriter and has also denied plaintiffs' request to call his attorney, so that his attorney could of contacted the court in a timely manner to get plaintiff more time to meet his pro-se deadline / court date, thus violated Plaintiffs' Sixth amendment right to the United States' Constitution _ (access to court and attorney.).

9) CLAIM V.

Defendants Blanchette, Ruiz, Buchanan, and Botti, have used a pattern of racketeering misconduct to violate Plaintiffs' Eighth Amendment right to the United States' Constitution denying and delaying Plaintiffs' medical care.

-8-

In the past year and a half, plaintiff has had serious internal bleeding problems. All said defendants have waited to treat the Plaintiff until his blood pressure dropped to a dangerous level in which Plaintiff had to be taken to Uconn. medical center. Uconn. has ordered a number of follow-ups (appointments). These appointments are delayed by several months at a time and the Plaintiff is left in serious pain. Plaintiff believes that the defendants - Blanchette, Ruiz, Buchanan, and Botti, are conspiring with Dzurenda to not treat the Plaintiff in a timely manner in the hope that the Plaintiff will die from his internal bleeding problem. Plaintiff alleges they are conspiring to eventually murder the Plaintiff through lack of medical care.

Wherefore, plaintiff requests that the court grant the following:

A. Issue a ruling that defendants have violated the Plaintiff's Constitutional rights to the United States' Constitution under first, fourth, sixth, eighth, and fourteenth amendments.

-9-

B. Issue a ruling that defendants have violated 42 U.S.C. 1983 Plaintiffs' civil rights.

C. Issue a ruling that defendants have violated CIVIL RICO LAWS under 18 U.S.C. 1961-1968 and used a PATTERN OF RACKETEERING, MISCONDUCT AND ACTIVITY to violate plaintiffs' CIVIL AND CONSTITUTIONAL RIGHTS.

D. Award the Plaintiff $250,000.00 in COMPENSATORY DAMAGES JOINTLY AND SEVERALLY AGAINST ALL SAID DEFENDANTS.

E. Award PUNITIVE DAMAGES in the amount of $350,000.00 AGAINST ALL SAID DEFENDANTS JOINTLY AND SEVERALLY.

F. Place a PRE-JUDGEMENT LIEN ON ALL SAID DEFENDANTS assets Ie, real estate, bank accounts, saving, checking, stock, bonds, etc. JOINTLY AND SEVERALLY. PRE-JUDGEMENT LIEN to be placed on all assets held JOINTLY AND/OR SEVERALLY IN DEFENDANTS NAMES AND THEIR SPOUSES NAMES.

G. TRANSFER PLAINTIFF BACK INTO THE FEDERAL SYSTEM WITHIN (30) THIRTY DAYS OF FILING THIS LAWSUIT.

RESPECTFULLY SUBMITTED,

Thomas Marra
Cheshire Corr. Inst.
900 Highland Avenue
Cheshire, CT. 06410

CERTIFICATION

I hereby certify that a copy of the foregone complaint was mailed first class postage to all said defendants on this 6th day of December - 2004.

X _____

-11-